# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**396**

**CA 13-01955**

PRESENT: SCUDDER, P.J., SMITH, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF ARBITRATION BETWEEN CITY
OF SYRACUSE, PETITIONER-RESPONDENT,

              AND                        MEMORANDUM AND ORDER

SYRACUSE POLICE BENEVOLENT ASSOCIATION, INC.,
RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

DEPERNO & KHANZADIAN, P.C., SYLVAN BEACH (KAREN KHANZADIAN OF
COUNSEL), FOR RESPONDENT-APPELLANT.

BOND, SCHOENECK & KING, PLLC, SYRACUSE (COLIN M. LEONARD OF COUNSEL),
FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered January 18, 2013 in a proceeding pursuant to CPLR article 75. The order granted the petition for a permanent stay of arbitration.

It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs and the petition is denied.

Same Memorandum as in *Matter of City of Syracuse* (*Syracuse Police Benevolent Association, Inc.*) ([appeal No. 1] ___ AD3d ___ [July 11, 2014]).

Entered: July 11, 2014                        Frances E. Cafarell
                                              Clerk of the Court